**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.	**CASE NO.: 1:06-CR-35-MMP/AK**

**JUAN BAEZ,**

    **Defendant.**
_____/

**O R D E R**

This cause is before the Court on a Motion To Quash Warrant (doc. 20) as to Defendant, JUAN BAEZ, and instead issue a summons, as the Defendant is already under pretrial supervision. Court finds that the motion is well taken. Accordingly, it is

    **ORDERED:**

That the Motion to Quash Warrant and issue a summons instead for Defendant, JUAN BAEZ( Doc.20)  is hereby **GRANTED.**  That the Clerk of Court shall vacate the order for warrant as to Defendant, JUAN BAEZ, (doc. 15) and the warrant (doc. 19) and instead issue a summons for the Defendant, JUAN BAEZ, to appear before the Magistrate Judge Allan Kornblum for Initial Appearance and Arraignment.

    **DONE AND ORDERED** this _27th_ day of SEPTEMBER, 2006.

                                        *s/ ALLAN KORNBLUM*
                                        **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**