IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 1:06-cr-00035-MP-AK

JUAN BAEZ,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 185, Motion to Continue Sentencing, filed by Defendant Juan Baez.  In his motion, Defendant states that his testimony may be required if a recently arrested co-defendant in this case elects to go to trial.  Because of this, Defendant requests a continuance of his sentencing hearing, currently set for June 27, 2007.  The Government does not object to Defendant's motion.  After considering the matter, the Court grants Defendant's motion.  Accordingly, Defendant Baez's sentencing is reset for Thursday, August 2, 2007, at 11:30 a.m.

    **DONE AND ORDERED** this   *21st* day of June, 2007

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge