IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00035-MP-AK

JUAN BAEZ,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 193, Motion to Continue Sentencing, filed by Defendant Juan Baez.  In his motion, Defendant states that his testimony may be required at the trial of a co-defendant.  Because the trial date of that case has been continued, Defendant requests a continuance of his sentencing hearing, currently set for August 2, 2007.  The Government does not object to Defendant's motion.  After considering the matter, the Court grants Defendant's motion.  Accordingly, Defendant Baez's sentencing hearing is reset for Thursday, August 30, 2007, at 10:45 a.m.

    **DONE AND ORDERED** this  *31st* day of July, 2007

                          *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge