IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 1:06-cr-00035-MP-AK

JUAN BAEZ,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 214, Motion to Continue Sentencing, filed by Defendant Juan Baez. In his motion, Defendant requests a continuance of his sentencing hearing, currently set for August 30, 2007, so that he may testify at the trial of a co-defendant. The Government does not object to Defendant's motion. After considering the matter, the Court grants Defendant's motion. Accordingly, Defendant Baez's sentencing hearing is reset for Thursday, September 27, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this  _28th_ day of August, 2007

                                        *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge