IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00035-MP-AK

JUAN BAEZ,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 222, Motion to Continue Sentencing, filed by Defendant Juan Baez. In his motion, Defendant states that the trial at which he might testify has been continued, and therefore Defendant requests a continuance of his sentencing hearing, currently set for September 27, 2007. The Government does not object to Defendant's motion. After considering the matter, the Court grants Defendant's motion. Accordingly, Defendant Baez's sentencing hearing is reset for Wednesday, October 24, 2007, at 3:00 p.m.

**DONE AND ORDERED** this  *24th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge