IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:06-cr-00035-MP-AK

JUAN BAEZ,

      Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 252, Motion to Continue Sentencing, filed by

Defendant Juan Baez.  In his motion, Defendant states that there continues to be a possibility that

his testimony against a co-defendant may be required by the Government should the

co-defendant elect trial.  Because the co-defendant's trial has been continued, Defendant Baez

requests a continuance of his sentencing hearing, currently set for October 24, 2007.  The

Government does not object to Defendant's motion.  Therefore, Defendant's motion is granted,

and the sentencing hearing is hereby reset for Tuesday, January 15, 2008, at 2:00 p.m.


      **DONE AND ORDERED** this   *23rd* day of October, 2007


      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge