IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00035-MP-AK

JUAN BAEZ,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 274, Unopposed Motion to Continue Sentencing, filed by Defendant Juan Baez. In the motion, Defendant Baez states that there continues to be a possibility that his testimony against a co-defendant may be required by the Government should the co-defendant elect trial. In addition, the Government states that it has a scheduling conflict with the current sentencing date. Because of this, both parties request that the sentencing hearing, currently set for January 15, 2008, be continued. Therefore, after considering the matter, the Court grants the motion, and the sentencing hearing is continued to Wednesday, March 26, 2008, at 2:00 p.m.

    **DONE AND ORDERED** this __15th__ day of January, 2008

                      *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge