IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                  CASE NO. 1:06-cr-00035-MP-AK

JUAN BAEZ,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 333, Motion to Continue Sentencing, filed by Defendant Juan Baez. Defendant is currently scheduled to be sentenced on Wednesday, September 17, 2008. Defendant represents that he is suffering from cancer and must undergo chemotherapy once a week for the next 11 weeks. The Government is unopposed to Defendant's request for a continuance. Upon consideration, the motion at Doc. 333 is GRANTED. Defendant Juan Baez's sentencing is hereby reset to 9:30 a.m. on Wednesday, December 10, 2008.

**DONE AND ORDERED** this *15th* day of September, 2008

                      *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge